UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
OCT 0 1 2010


******************************************************************

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-40105-13 |
| Plaintiff, | |
| vs. | ORDER |
| JOSE ISABEL RODRIGUEZ, | |
| Defendant. | |

******************************************************************

Pending before the Court is the Defendant's Motion to Suppress Evidence, Doc. 234. The Court has reviewed the Motion to Suppress, Magistrate Judge Simko's Report and Recommendation of September 9, 2010, Doc. 366, and the transcript of the hearing. No objections to the Report and Recommendations were filed.

The factual statements made in the Report and Recommendation are adopted and will not be repeated. Accordingly,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation, Doc. 366, is ADOPTED by the Court, and Defendant's Motion to Suppress Evidence, Doc. 234, is DENIED.

Dated this 1st day of October, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
DEPUTY